PROB 12B
(7/93)

Report Date: February 8, 2010

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 8 2010

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eriberto Gutierrez          Case Number: 2:03CR00200-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

| | |
|---|---|
| Date of Original Sentence: 7/5/2005 | Type of Supervision:  Supervised Release |
| Original Offense: Conspiracy to Import a Listed Chemical, Specifically Pseudophedrine, 21 U.S.C. § 960(d)(3) & 963 | Date Supervision Commenced: 02/08/2010 |
| Original Sentence: Prison - 70 Months; TSR - 36 Months | Date Supervision Expires:       02/07/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The current judgement contains a condition requiring Mr. Gutierrez undergo a substance abuse evaluation and any recommended treatment; however, the judgement did not contain a condition for substance abuse testing. The instant offense is a drug importation case and Mr. Gutierrez does have a history of drug experimentation. An added condition for substance abuse testing is requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 8, 2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/8/10
Date

⹁PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Curtis G. Hare
U.S. Probation Officer

Signed: _____
Eriberto Gutierrez
Supervised Releasee

November 18, 2009
Date